**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kevin Gene VALENTINE,**
**Defendant–Appellant.**

No. 16-7170

United States Court of Appeals, Fourth Circuit.

Submitted: October 13, 2016

Decided: October 18, 2016

Kevin Gene Valentine, Appellant Pro Se. Peter Sinclair Duffey, Stephen David Schiller, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

was entered.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Gene Valentine appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Valentine, No. 3:07–cr–00321–REP–1 (E.D. Va. Aug. 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED